UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-52-D-BM



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| JAVIER CRUZ-SANTOS ) | |
| a.k.a. "Agustin Garcia-Cruz" ) | |
| a.k.a. "Guadalupe Jimenez Garcia" ) | |

The Grand Jury charges:

On or about November 3, 2022, in the Eastern District of North Carolina, the defendant, JAVIER CRUZ-SANTOS, also known as "Agustin Garcia-Cruz," also known as "Guadalupe Jimenez Garcia," an alien, was found in the United States after having been previously excluded, deported, and removed from the United States on or about April 26, 2000, at El Paso, Texas, and on or about August 20, 2005, at Laredo, Texas, subsequent to an aggravated felony conviction, and not having obtained the express consent of the Attorney General, or his successor, to reapply for admission thereto.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

[remainder of page intentionally left blank]

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 8, United States Code, Section 1326(b)(2), the defendant, JAVIER CRUZ-SANTOS, also known as "Agustin Garcia-Cruz," also known as "Guadalupe Jimenez Garcia," was excluded, deported, and removed from the United States on or about August 20, 2005, at Laredo, Texas, after having been convicted of Selling Cocaine by the North Carolina Superior Court of Dare County on or about August 3, 2005.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

26 Feb 25
DATE

DANIEL P. BUBAR
Acting United States Attorney

*/s/ Lori B. Warlick*

BY: LORI B. WARLICK
Assistant United States Attorney